JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION
FILED

JUL 26 1988

PATRICIA D. HOWARD
CLERK OF THE PANEL

DOCKET NO. 763

BEFORE THE JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

IN RE FPI/AGRETECH SECURITIES LITIGATION

TRANSFER ORDER

This litigation presently consists of five actions pending in three districts as follows: three actions in the Northern District of California and one action each in the District of Hawaii and the Western District of Washington. Before the Panel is a motion, pursuant to 28 U.S.C. §1407, by plaintiffs in one California action to centralize these actions in the Northern District of California or alternatively the District of Hawaii for coordinated or consolidated pretrial proceedings. Plaintiffs in a second California action as well as four defendants support selection of the California forum as transferee district. The Hawaii plaintiffs, five defendants and the bankruptcy trustee for Agricultural Research and Technology Group, Inc. (Agretech) favor centralization in the Hawaii forum. One additional defendant does not oppose the motion, but strongly objects to centralization in any forum other than the District of Hawaii. The bankruptcy trustee for FP Investments, Inc. (FPI) supports centralization in either suggested transferee district. One defendant in the Washington action opposes the motion or, alternatively, asks the Panel not to include the Washington action in any Section 1407 proceedings. In addition to this defendant, the Washington plaintiffs, two other defendants in that action, the Hawaii plaintiffs and a defendant in the four other actions before the Panel oppose inclusion of the Washington action in any centralized pretrial proceedings. The Washington plaintiffs alternatively favor the Western District of Washington as transferee district.

On the basis of the papers filed and the hearing held, the Panel finds that these actions involve common questions of fact, and that centralization under Section 1407 in the District of Hawaii will best serve the convenience of the parties and witnesses and promote the just and efficient conduct of this litigation. The actions share questions of fact, such as FPI's and Agretech's financial condition, arising from investments in various limited partnerships, joint ventures and/or common stock offered by FPI and/or Agretech to investors between 1980 and 1987. Centralization under Section 1407 is therefore necessary in order to avoid duplication of discovery, prevent inconsistent pretrial rulings, and conserve the resources of the parties, their counsel and the judiciary. We note that the transferee judge can design a pretrial program in order to accommodate the needs of any party for unique discovery concurrently with the conduct of common discovery under Section 1407. In re Multi-Piece Rim Products Liability Litigation, 464 F.Supp. 969, 974 (J.P.M.L. 1979).

-2-

In selecting the District of Hawaii as transferee district, we note that FPI's and Agretech's principal places of business are in Hawaii; many witnesses, including former employees of FPI and Agretech, and documents are located there; and related bankruptcy proceedings involving FPI and Agretech are pending there.

IT IS THEREFORE ORDERED that, pursuant to 28 U.S.C. §1407, the actions listed on the attached Schedule A and pending in districts other than the District of Hawaii be, and the same hereby are, transferred to the District of Hawaii and, with the consent of that court, assigned to the Honorable Manuel L. Real from the Central District of California, sitting in the District of Hawaii pursuant to an intracircuit assignment under 28 U.S.C. §292(b), for coordinated or consolidated pretrial proceedings with the action pending in that district and listed on Schedule A.

FOR THE PANEL:

Andrew A. Caffrey
Chairman

SCHEDULE A

MDL-763 -- In re FPI/Agretech Securities Litigation

District of Hawaii

Dean B. Marshall, et al. v. FPI Agribusiness, Inc., et al.,
C.A. No. 87-0706-VAC

Western District of Washington

James R. McGrath, et al. v. Sentra Securities, Inc., et al.,
C.A. No. C87-475

Northern District of California

Michael Cassanego, et al. v. R. Carter Freeman, Jr., et al.,
C.A. No. C88-0443-AJZ
Vernon J. LaBau, et al. v. Agricultural Research and
Technology Group, Inc., et al., C.A. No. C87-5876-AJZ
Barbara Bach, et al. v. FPI Agribusiness, Inc., et al.,
C.A. No. C88-0809-AJZ